# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JULIE A WERTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-00017-CV-RK |
| | ) |
| RYAN D MCCARTHY, SECRETARY OF THE US ARMY; | ) |
| | ) |
| Defendant. | ) |

## ORDER STRIKING SUMMONS

Plaintiff had summons issued and delivered to the U.S. Marshal for service for the Missouri Attorney General on September 3, 2021. However, Plaintiff's Response to 3rd Order to Show Cause indicates the summons was issued due to a misunderstanding, and that Plaintiff is aware of this error. (Doc. 14.)

Accordingly, the summons issued for service for the Missouri Attorney General on September 3, 2021, is **STRICKEN.**

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 28, 2021