IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JULIE A WERTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-00017-CV-RK |
| | ) |
| SECRETARY OF THE US ARMY; | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's "motion to investigate tampered evidence." (Doc. 40.) Plaintiff's motion "requests the audio recording of her deposition be investigated for tampering by the defense counsel." (*Id.*) Plaintiff does not support this request with any factual allegations or citation to authority.

After careful review and consideration of the record as a whole, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 28, 2023